1 | Nicolette Glazer Esq. (CSBN 209713)
  | nicolette@glazerandglazer.com
  | LAW OFFICES OF LARRY R GLAZER
2 | 79125 Corporate Center Dr #6351
  | La Quinta, California 92253
3 | T:310-735-3478
  | F:310-388-3833
4 | ATTORNEY FOR PLAINTIFFS

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRESTIGE TRANSPORTATION INC, ET AL.<br><br>Plaintiffs,<br><br>vs.<br><br>U.S. SMALL BUSINESS ADMINISTRATION ET AL;<br><br>Defendants | Case No.:<br> 2:20-cv-08963-SB-RAO<br><br>Honorable Judge Blumenfeld<br><br>**NOTICE OF APPEAL FROM AN ORDER DENYING INJUNCTIVE RELIEF (ECF #22)** |

Notice is hereby given that Prestige Transportation Inc., Amerilogistics Group, Inc., Superior Overnight Services Inc., and STAM Properties LLC, Plaintiffs in the above identified case, hereby appeal to the United States Court of Appeals for the Ninth Circuit from the decision entered in this matter on 2 November 2020 (ECF #22) explicitly denying Plaintiffs' request for preliminary

Notice of Appeal – 1

injunction. *Pom Wonderful LLC v. Hubbard*, 775 F.3d 1118, 1122 (9th Cir. 2014) (concluding that district court's denial of motion for preliminary injunction gives the court of appeals jurisdiction over the interlocutory appeal pursuant to §1292(a)(1)); *Arc of California v. Douglas*, 757 F.3d 975, 992 (9th Cir. 2014) (appellate jurisdiction over the district court's denial of Arc's motion for preliminary injunctive relief.)

Plaintiffs request that the Court expedite the appeal pursuant to 28 U.S.C. §1657.

                    Respectfully Submitted by

                    _____*s/ Nicolette Glazer Esq.*_____
                    Nicolette Glazer Esq.
                    LAW OFFICES OF LARRY R GLAZER
                    1999 Avenue of the Stars #1100
                    Century City, CA 90067
                    T: 310-407-5353
                    F: 310-407-5354
                    nicolette@glazerandglazer.com
                    ATTORNEY FOR PLAINTIFFS

# CERTIFICATE OF SERVICE

I hereby certify that on 15 December 2020 I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the appropriate CM/ECF registrants.

DATED:     15 December 2020

                      by _____/s/_____
                          Nicolette Glazer Esq.