```
                    FILED
             CLERK, U.S. DISTRICT COURT

             September 9, 2021

           CENTRAL DISTRICT OF CALIFORNIA
           BY:     VPC     DEPUTY
```

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRESTIGE TRANSPORTATION, INC., et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES SMALL BUSINESS ASSOCIATION, et al., <br><br> Defendants. | Case No. 2:20-cv-08963-SB-RAO <br><br> **FINAL JUDGMENT** |

    For the reasons set forth in the Order on Motion to Dismiss entered on July 26, 2021, and the separate Order on Motion for Judgment on the Pleadings entered this day, it is

    ORDERED AND ADJUDGED that Plaintiffs Prestige Transportation Inc., Superior Overnight Services, Inc., Amerilogistics Group Inc., and STAM Properties, LLC shall take nothing on their claims against Defendants the U.S. Small Business Administration (SBA) and the SBA Administrator and Secretary of the U.S. Department of the Treasury in their official capacities. Plaintiff STAM Properties, LLC's claims are DISMISSED without prejudice for lack of Article III standing, and

1

the other Plaintiffs' claims are DISMISSED on the merits with prejudice.

This is a Final Judgment.

Dated:  September 9, 2021   _____
STANLEY BLUMENFELD, JR.
UNITED STATES DISTRICT JUDGE