UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No.: | 2:20-cv-08963-SB-RAO | Date: | July 14, 2023 |
|---|---|---|---|

| Title: | *Prestige Transportation Inc. et al v. United States Small Business Administration et al.* |
|---|---|

| Present: The Honorable | **STANLEY BLUMENFELD, JR., U.S. District Judge** |
|---|---|

| Jennifer Graciano | Suzanne McKennon |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Defendant(s): | Attorney(s) Present for Plaintiff(s): |
|---|---|
| Adam Gafni, AUSA | Nicolette Glazer |

**Proceedings:**   [Minutes of] Motion to Dismiss (Dkt. No. 69) (Held and Completed)

    Case called and appearances made.  The Court heard argument from counsel.  Plaintiffs conceded that the claims currently alleged in this action are moot and that the better course is for Plaintiffs to file a new action (possibly in another venue) rather than to amend their claims in this suit.  The Court therefore granted the motion to dismiss without opposition, solely on mootness grounds and without prejudice.  A final judgment will be entered separately.

                                                                                                                      :11