JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRESTIGE TRANSPORTATION INC. et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES SMALL BUSINESS ADMINISTRATION et al., <br><br> Defendants. | Case No. 2:20-cv-08963-SB-RAO <br><br> FINAL JUDGMENT |

Based on the concession of Plaintiffs' counsel at the July 14, 2023 hearing that the claims asserted in this action are moot, all claims asserted by Plaintiffs are DISMISSED without prejudice as moot.

This is a final judgment.

Date: July 14, 2023

                                                     Stanley Blumenfeld, Jr.
                                       United States District Judge